| Fill in this information to identify the case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| EASTERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | Chapter | 11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy　04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | D Tur Hotel LLC | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 84-3234425 | |
| 4. | Debtor's address | **Principal place of business**<br><br>250 Walnut Road<br>Turlock, CA 95380<br>Number, Street, City, State & ZIP Code<br><br>Stanislaus<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor　D Tur Hotel LLC　　　　　　　　　　　　　　　Case number (*if known*)_____
　　　　　*Name*

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | _____ |

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check all that apply:* |
| | | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |
|---|---|---|
| | | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No ☐ Yes. |
|---|---|---|

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 2

| Debtor | D Tur Hotel LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?
  Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor　D Tur Hotel LLC
　　　　Name

Case number (if known)

 Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**June 6, 2025**
　　　　　　　　MM / DD / YYYY

X _____　　　Larry Williams
　Signature of authorized representative of debtor　　Printed name

　Title　Corporate Representative

**18. Signature of attorney**

X _____　　　Date 06/06/2025
　Signature of attorney for debtor　　　　　　MM / DD / YYYY

Michael Jay Berger
Printed name

Law Offices of Michael Jay Berger
Firm name

9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
Number, Street, City, State & ZIP Code

Contact phone　(310) 271-6223　　Email address　michael.berger@bankruptcypower.com

100291 CA
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | D Tur Hotel LLC | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | |
| Case number (if known): | | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Carousel<br>16415 Addison Rd, Suite 180<br>Addison, TX 75001 | | Collections | | | | $4,110.14 |
| Choice Hotels International<br>General Counsel<br>915 Meeting Street, Suite 600<br>Rockville, MD 20852 | | Franchise Fees | | $757,500.00 | $3,500,000.00 | $757,500.00 |
| Choice Hotels International, Inc.<br>Meeting St, Suite 600<br>Rockville, MD 20852 | | Business Debt | | | | $80,681.87 |
| Franchise Tax Board<br>Special Procedures Section<br>P O Box 2952<br>Sacramento, CA 95812-2952 | | Income Tax | | | | $14,034.04 |
| GreenLake Real Estate Finance<br>c/o Caroline Leritz, Esq.<br>1416 El Centro Street, Ste 200<br>CA 91036 | | UCC Financing | | $23,785,500.00 | $3,500,000.00 | $23,785,500.00 |
| HRV Holdings LLC<br>1460 Kings Park Drive NW<br>Kennesaw, GA 30152 | | Loan | | $400,000.00 | $3,500,000.00 | $400,000.00 |

| Debtor | D Tur Hotel LLC | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jennifer Dawn Cramer c/o Dept. of Indutrial Relations Labor Commissioner's Office 3021 Reymonds Ranch Pkwy, Ste 160 Lodi, CA 95240 | | Labor law and wages dispute claim filed on behalf of Jennifer Dawn Cramer | | | | $7,203.00 |
| LG Fulfillment 1102 A1A North. Suite 205 Ponte Vedra Beach, FL 32082 | | Business Debt | | | | $5,601.16 |
| LRD Hotels, LLC Satish Dharni 2152 E Eagle Crest Drive Draper, UT 84020 | | Loan | | $1,500,000.00 | $3,500,000.00 | $1,500,000.00 |
| Ohmshiv Construction LLC 805 Progress Court, Suite A Lawrenceville, GA 30043 | | Loan | | $204,450.00 | $3,500,000.00 | $204,450.00 |
| Satish Dharni 2152 E Eagle Crest Drive Draper, UT 84020 | | Loan | | $345,125.00 | $3,500,000.00 | $345,125.00 |
| Shreekesh Patel 2045 Jackson Ridge Cove Kennesaw, GA 30144 | | Loan | | $201,394.04 | $3,500,000.00 | $201,394.04 |
| Stanslaus County Tax Collector 1010 10th Street, Ste 2500 Modesto, CA 95354 | | Property tax | | $53,658.90 | $3,500,000.00 | $53,658.90 |
| State Bank of India 9494 Black Mountan Road, Ste E San Diego, CA 92126 | | Lien holder | | $4,651,364.42 | $3,500,000.00 | $1,151,364.42 |
| Super 8 Worldwide, Inc 15020 Collections Center Drive Chicago, IL 60693 | | Business Debt | | | | $4,547.74 |

Debtor **D Tur Hotel LLC**
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Thornton Hotel Funding LLC**<br>**David Pretzler**<br>385 Inverness Parkway, Suite 140<br>Englewood, CO 80112 | | **Business Debt** | | $1,566,266.00 | $3,500,000.00 | $1,566,266.00 |
| **Thornton Hotel Funding LLC**<br>**David Pretzler**<br>385 Inverness Parkway, Suite 140<br>Englewood, CO 80112 | | **Business Debt** | | | | $1,000,000.00 |
| **Underground Lending LLC**<br>**Shaneel Lalani**<br>34 Peachtree Street NW, 28th Floor<br>Atlanta, GA 30303 | | **Business Loan** | | $2,548,201.00 | $3,500,000.00 | $2,548,201.00 |
| **Union Gold LLC**<br>**Maluk Dhami**<br>1986 Bridget Marie Drive<br>Modesto, CA 95351 | | Loan | | | | $11,000.00 |
| **WorldVue Connect, Inc.**<br>PO Box 733288<br>Dallas, TX 75373-3288 | | Vehicle Loan | | | | $5,484.55 |

# United States Bankruptcy Court
### Eastern District of California

In re　D Tur Hotel LLC

　　　　　　　　　　　　　　　Debtor(s)

Case No.

Chapter　11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Amandeep Dhillon<br>8762 Preston Trace Blvd<br>Frisco, TX 75033 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　I, the **Corporate Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date　June 6, 2025　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　Larry Williams

*Penalty for making a false statement of concealing property* Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U S C §§ 152 and 3571

Sheet 1 of 1 in List of Equity Security Holders

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re

    D Tur Hotel LLC

)
)
)
)    Case No.
)
)
)

**VERIFICATION OF MASTER ADDRESS LIST**

    I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

    I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: June 6, 2025

Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses:**

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100  (Rev 6/20/17)

Booking.com
Oosterdokskade 163,1011
DL Amsterdam Netherlands


Buchalter Firm
Blake Cooper
60 E South Temple, Suite 1200
Salt Lake City, UT 84111


California Hotel & Lodging Associat
29th Street
Sacramento, CA 95816


Carousel
16415 Addison Rd, Suite 180
Addison, TX 75001


Choice Hotels International
General Counsel
915 Meeting Street, Suite 600
Rockville, MD 20852


Choice Hotels International, Inc.
Meeting St, Suite 600
Rockville, MD 20852


Ecolab Pest Elimination Division
FINKELSTEIN & FUJII LLP
1528 South El Camino Real, Ste 306
San Mateo, CA 94402


Franchise Tax Board
Special Procedures Section
P O Box 2952
Sacramento, CA 95812-2952


GreenLake Real Estate Finance
c/o Caroline Leritz, Esq.
1416 El Centro Street, Ste 200
CA 91036


HD Supply Facilities Maintenance LT
P.O.Box 509058
San Diego, CA 92150-9058

Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., Ste 1200
Encino, CA 91436


HRV Holdings LLC
1460 Kings Park Drive NW
Kennesaw, GA 30152


Jennifer Dawn Cramer
c/o Dept. of Indutrial Relations
Labor Commissioner's Office
3021 Reymonds Ranch Pkwy, Ste 160
Lodi, CA 95240


Jennifer Settles, Esq.
1956 E Jeanine Drive, Suite 100
Tempe, AZ 85284


Kulwant S Sandhu
250 S Walnut Rd
Turlock, CA 95380


Lewis Brisbois firm
Wade Houser
1700 Lincoln Street, Suite 4000
Denver, CO 80203


LG Fulfillment
1102 A1A North. Suite 205
Ponte Vedra Beach, FL 32082


LRD Hotels, LLC
Satish Dharni
2152 E Eagle Crest Drive
Draper, UT 84020


Ohmshiv Construction LLC
805 Progress Court, Suite A
Lawrenceville, GA 30043


Quore
5000 Meridian Blvd., Ste 400
Franklin, TN 37067

```
Royal Cup, Inc.
PO Box 841000
Dallas, TX 75284-1000


Satish Dharni
2152 E Eagle Crest Drive
Draper, UT 84020


Shreekesh Patel
2045 Jackson Ridge Cove
Kennesaw, GA 30144


Skoubye Nielson & Johansen LLC
Joseph Ballstaedt
999 East Murray Holladay Road
Suite 200
Salt Lake City, UT 84117


Stanslaus County Tax Collector
1010 10th Street, Ste 2500
Modesto, CA 95354


State Bank of India
9494 Black Mountan Road, Ste E
San Diego, CA 92126


State Bank of India
707 Wishire Blvd., Ste 2900
Los Angeles, CA 90017


Super 8 Worldwide, Inc
15020 Collections Center Drive
Chicago, IL 60693


Thornton Hotel Funding LLC
David Pretzler
385 Inverness Parkway, Suite 140
Englewood, CO 80112


Thornton Hotel Funding LLC
And C&A Farmington LLC
David Pretzler
385 Inverness Parkway, Suite 140
Englewood, CO 80112
```

Underground Lending LLC
Shaneel Lalani
34 Peachtree Street NW, 28th Floor
Atlanta, GA 30303


Union Gold LLC
Maluk Dhami
1986 Bridget Marie Drive
Modesto, CA 95351


Velocity
Attn:Accounts Receivable Dept.
PO BOX: 631310
Cincinnati, OH 45263-1310


WorldVue Connect, Inc.
PO Box 733288
Dallas, TX 75373-3288